964

Carol L. IDE, Petitioner,

v.

SOCIAL SECURITY
ADMINISTRATION,
Respondent.

No. 2006–3302.

United States Court of Appeals,
Federal Circuit.

Aug. 8, 2006.

### ORDER

Order Vacated, See 2006 WL 2572588.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

John HALVONIK, Plaintiff–Appellant,

v.

Jon W. DUDAS, Director, Patent and
Trademark Office, Defendant–
Appellee.

No. 06–1038.

United States Court of Appeals,
Federal Circuit.

Aug. 8, 2006.

Rehearing and Rehearing En Banc
Denied Oct. 27, 2006.

Before BRYSON, Circuit Judge, ARCHER, Senior Circuit Judge, and LINN, Circuit Judge.

### JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36